UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:20-CR-94-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| NATHANAEL THOMAS JACKSON | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the court hereby ORDERS as follows:

In the defendant's plea agreement, he agreed to pay immediately any restitution ordered by the court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of the plea agreement, the defendant and the United States have agreed and stipulated that the defendant owes:

$3,000 in total restitution, to be paid as follows:

- $3,000 to victim Lily of the "Vicky" series, made payable to "Carol L. Hepburn in trust for Lily of the Vicky series." The payment can be mailed to Carol L. Hepburn at P.O. Box 17718, Seattle, WA 98127.

The defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The court finds that the defendant's agreement, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, the

defendant shall pay restitution in the amount and manner set forth above, in accordance with the parties' agreement and the court's judgment.

The court further orders that the defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of the defendant's criminal judgment in this case.

SO ORDERED, this 20th day of September, 2021.

_____
RICHARD E. MYERS II
Chief United States District Judge

AGREED AND CONSENTED TO BY:

/s/ Katherine E. Shea
KATHERINE E. SHEA                                Date
Counsel for Defendant

G. NORMAN ACKER, III
Acting United States Attorney

/s/ John A. Parris
JOHN A. PARRIS                                   Date
Assistant United States Attorney

2